

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

William Scott Feagan, as independent
executor of the Estate of Patty Lou Feagan,
deceased, et al.,

Vs. No. 11-21-00032-CV

Patricia Dianne Wilson and
Stephen Wynne Feagan, Jr.,

\* From the 259th District Court
  of Jones County,
   Trial Court No. 023710.

\* March 25, 2021

\* Memorandum Opinion by Williams, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has considered the petition for permissive appeal filed by William Scott Feagan, as independent executor of the Estate of Patty Lou Feagan, deceased; William Scott Feagan, as co-trustee of the Charles Bruce Feagan Trust; William Scott Feagan, as successor administrator with will annexed of the Estate of Elmer Clyde Feagan, Jr., deceased; William Scott Feagan, individually; and Charles Bruce Feagan, individually. This court concludes that the petition for permissive appeal should be denied. Therefore, in accordance with this court's opinion, the petition for permissive appeal is denied.